UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

**EDWARD R.L. ALEXANDER,**

                  Plaintiff,                9:14-cv-548
                                                  (GLS/ATB)
           v.

**BRIAN FISCHER** *et al.*,

                  Defendants.
_____

**APPEARANCES:**                        **OF COUNSEL:**

**FOR THE PLAINTIFF:**

Edward R.L. Alexander
*Pro se* Plaintiff
99-A-4752
Attica Correctional Facility
Box 149
Attica, New York 14011

**FOR THE DEFENDANTS:**

HON. ERIC T. SCHNEIDERMAN    MICHAEL G. MCCARTIN
New York State Attorney General    Assistant Attorney General
Litigation Bureau
The Capitol
Albany, New York 12224

**Gary L. Sharpe
Senior District Judge**

# ORDER

    The above-captioned matter comes to this court following a Report-

Recommendation by Magistrate Judge Andrew T. Baxter, duly filed on December 21, 2015. (Dkt. No. 47.) Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

The plaintiff timely filed general objections to the report-recommendation on January 29, 2016, (Dkt. No. 50); *see Almonte v. N.Y. State Div. of Parole*, No. Civ. 904CV484, 2006 WL 149049, at *4 (N.D.N.Y. Jan. 18, 2006), and the court having reviewed the Report-Recommendation for clear error, it is hereby

**ORDERED** that the Report-Recommendation, (Dkt. No. 47) is **ADOPTED** in its entirety; and it is further

**ORDERED** that defendants' motion for summary judgment (Dkt. No. 30) is **GRANTED**; and it is further

**ORDERED** that the complaint (Dkt. No. 1) is **DISMISSED**; and it is further

**ORDERED** that the Clerk close this case; and it is further

**ORDERED** that the Clerk provide a copy of this Order to the parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

March 30, 2016
Albany, New York

Gary L. Sharpe
U.S. District Judge